UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELA HOCKLA                                JURY TRIAL DEMANDED

v.                                                      CASE NO.  3:12CV

COMMERCIAL RECOVERY SYSTEMS, INC.

<u>COMPLAINT</u>

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder.

2. JURISDICTION: The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. VENUE: Plaintiff is a natural person who resides in Vernon CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA, which collects consumer debt directly or indirectly using mail, telephone, and email.

6. Defendant is licensed as a consumer collection agency by the Connecticut Banking Department, and has been a member of ACA International, the collectors' trade organization, since 1987.

7. Defendant was acting as a collection agency for a debt buyer for a  personal credit card debt originating with Bank of America.

8. Defendant induced plaintiff to promise to pay an amount she could not afford by threatening plaintiff with jail and contempt of court.

9. Within five days of its initial communication, Commercial did not provide the notices required by 15 U.S.C. § 1692g.

10. Defendant violated 15 U.S.C. §  1692e, §1692f(1), and §1692g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
      JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772-0395
      faulknerlawoffice@snet.net