UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELA HOCKLA

v.                              CASE NO.  3:12CV 1737 (MPS)

COMMERCIAL RECOVERY SYSTEMS, INC

NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on February 16, 2013, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net